**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Prentice Williams, ) | No. CV-09-711-PHX-FJM |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| State of Arizona, et al., ) |  |
| Defendants. ) |  |

The court has before it plaintiff's "Motion for Leave of the Court for an Extension to Move for Relief from Order Dated 8/13/2010" (doc. 79).

We have previously entered judgment in favor of defendants and against plaintiff (doc. 75). Defendant now seeks extended time to seek relief from our order granting defendants' motion for summary judgment and denying plaintiff's motion for summary judgment (doc. 74). However, we have already entered final judgment, and plaintiff gives no indication of what relief he plans to seek from this court. Thus, we cannot know what deadline plaintiff wishes to extend. For example, Rule 6(b)(2), Fed. R. Civ. P. prohibits extensions of time to act under Rule 59(b), Fed. R. Civ. P.

Therefore, **IT IS ORDERED DENYING** plaintiff's motion for an extension of time (doc. 79).

DATED this 14th day of September, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge